UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL BELL,

                Plaintiff,

against

JPMORGAN CHASE BANK, N.A., and JONES LANG LASALLE AMERICAS, INC.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 2468 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Amended Complaint in this matter was filed on May 20, 2020 (ECF No. 13) and was served on Defendant Jones Lang Lasalle Americas, Inc. on May 29, 2020. (ECF No. 16). The Answer was due on June 19, 2020 and to date has not been submitted to the Court.

Plaintiff is now **ORDERED** to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment against Defendant Jones Lang Lasalle Americas, Inc. in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Rule 55, by no later than **July 7, 2020**.

Dated:    New York, New York
            June 23, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**