UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL BELL,

          Plaintiff,

against

JPMORGAN CHASE BANK, N.A., and JONES LANG LASALLE AMERICAS, INC.,

          Defendants.

CIVIL ACTION NO.: 20 Civ. 2468 (PGG) (SLC)

AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER

**SARAH L. CAVE**, United States Magistrate Judge.

The settlement conference currently scheduled for Thursday, October 29, 2020 at 2:00 pm will now take place <u>by telephone</u>.  The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time.

The terms and requirements for the conference in the scheduling Order at ECF No. 28 remain in effect.

The Clerk of Court is respectfully directed to set this conference as a settlement conference, even though it will take place by telephone.

Dated:        New York, New York
                October 26, 2020

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**