# THE BERKMAN LAW OFFICE, LLC

829 E 15TH STREET, BROOKLYN, NY 11230 | P 718.855.3627 F 718.855.4696 | BERKMANLAW.COM

January 4, 2023

**BY ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Bell v. JP Morgan Chase Bank, N.A., et al.
Docket No.:1:20-cv-02468

Dear Judge Gardephe,

This firm represents the plaintiff in the above referenced matter. Plaintiff respectfully requests an adjournment of the conference scheduled for tomorrow, January 5, 2023. Our handling attorney, Robert Tolchin, is out of the country on business and will not be able to attend. Mr. Tolchin will be flying at the time the conference is scheduled, so he will also not be able to attend remotely. All parties consent to the adjournment and are available January 18, January 23, and January 30.

Respectfully Submitted,

Julia K. Klein

CC: All counsel of record by ECF

**MEMO ENDORSED:** The application is GRANTED. The conference currently scheduled for January 5, 2023, is adjourned to **January 12, 2023, at 1:30 p.m.**
SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: January 5, 2023