

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

January 9, 2023

**Lindsay Kalick**
914.872.7696 (direct)
Lindsay.Kalick@wilsonelser.com

**Via ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*MEMO ENDORSED*

*The conference is adjourned to January 19, 2023 at noon.*

RE:   ***Bell v. JPMorgan Chase Bank, N.A., et al.***
       **Docket No.: 1:20-cv-02468-PGG-SLC**
       **File No.: 19881.00158**

*SO ORDERED:*

*Paul G. Gardephe, U.S.D.J.*

*Dated: Jan. 11, 2023*

Your Honor:

         This firm represents defendant JPMorgan Chase Bank, N.A. ("JPMC") in the above-referenced matter.  A conference in this matter was recently rescheduled for January 12, 2023 at 1:30 p.m. [Document 74].  Unfortunately, a few hours ago, I learned that I will need to attend a funeral on Long Island at 12:00 p.m. on January 12, 2023. As I have been handling this case since its inception and am familiar with all of the legal issues, I believe it would be best for me to attend this conference.  Given such, and with the other parties' consent, I am requesting an adjournment of the January 12, 2023 conference to either February 2, 2023 after 2:00 p.m. or February 9, 2023 at any time.  I appreciate the Court's consideration.

         Please let the parties know if you need anything further.

                         Respectfully Submitted,

                         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                         *Lindsay Kalick*

                         By: _____
                         Lindsay J. Kalick, Esq.
                         Attorneys for Defendant
                         **JPMORGAN CHASE BANK, N.A.**
                         1133 Westchester Avenue
                         White Plains, NY 10604-3407
                         Tel: (914) 872-7696

CC:   All counsel of record by ECF

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

**wilsonelser.com**

268236930v.1