# THE BERKMAN LAW OFFICE, LLC

829 E 15TH STREET, BROOKLYN, NY 11230 | P 718.855.3627 F 718.855.4696 | BERKMANLAW.COM

January 11, 2023

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Rachel Bell v. JPMorgan Chase Bank, N.A., and Jones Lang LaSalle Americas, Inc.*
Case no. 20-cv-02468(PGG)(slc)

Dear Judge Gardephe,

This firm represents Plaintiff in the action referenced above.

On January 9, 2023 counsel for Defendant JPMorgan Chase Bank, N.A. wrote a letter asking for the January 12 conference date to be adjourned due to a funeral. Prior to submitting that request, counsel conferred with the other parties and proposed two alternate dates (which the parties understood had to be Thursdays), February 2 after 2:00 PM and February 9.

Today the Court grated the application, but adjourned the matter to January 19 at noon. Unfortunately, this presents a conflict for me as I am already committed that day to a deposition of a physician in a medical malpractice case which has been rescheduled many times and now cannot be adjourned due to the end of discovery in that case.

Accordingly, it is respectfully requested that the conference in this matter be adjourned to one of the two dates that all counsel agreed to, or if neither of those dates works for the Court, counsel can confer about some other dates.

Plaintiff thanks the Court for its courtesies in this matter.

Respectfully yours,

Robert J. Tolchin

cc. All counsel of record by ECF

**MEMO ENDORSED:** The application is DENIED.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: January 13, 2023