UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RACHEL BELL,

                Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A., and
JONES LANG LASALLE AMERICAS,
INC.,

                Defendants.

**ORDER**

20 Civ. 2468 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The final pre-trial conference in this matter will take place on **Friday, April 14, 2023 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The Clerk of Court is directed to terminate the motions.

Dated: New York, New York
       April 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge