UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

RACHEL BELL,

                Plaintiff,

      - against -

JPMORGAN CHASE BANK, N.A., and
JONES LANG LASALLE AMERICAS,
INC.,

                Defendants.

**ORDER**

20 Civ. 2468 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        In their joint pretrial order, the parties state that they "anticipate that they will need a total of three to four days for trial." (Dkt. No. 87 at 4)  The parties will make a submission (1) indicating the precise anticipated length of the trial; and (2) providing a list of names and places that may be mentioned during the trial, for purposes of voir dire.  The submission is due by **April 12, 2023.**

Dated: New York, New York
       April 10, 2023

SO ORDERED.

_Paul Gardephe_
_____
Paul G. Gardephe
United States District Judge